UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

STEVEN OLSON,

        Plaintiff,

v.                                                   Case No. 14-C-842

BEMIS COMPANY INC., et al.,

        Defendants.

---

## ORDER REGARDING RECORD ON APPEAL

---

        The clerk's office has alerted the Court that the items designated for appeal by the parties in this action are not those that are customarily included within the appellate record. These include several briefs filed in a previous, related, action, No. 12-C-1126. Since the court took judicial notice of that action, however, these briefs are already part of this case's record and may become part of the appellate record by virtue of Circuit Rule 10(a). The clerk is thus directed to include the materials specified by the parties' designations in the appellate record.

        **SO ORDERED** this 22nd day of January, 2015.

                                                                        /s William C. Griesbach
                                                                       William C. Griesbach, Chief Judge
                                                                       United States District Court